**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 22-20632 - A - 11
Southgate Town and Terrace         ) Docket Control No. CAG-1
Homes, Inc.,
              Debtor.              ) Document No. 91
                                   ) Date: 07/18/2022
                                   ) Time: 1:30 PM
                                   ) Dept: A
```

**Order**

California Department of Housing and Community Development's motion has been presented to the court.

Having considered the motion together with papers filed in support and opposition, and having heard the arguments of counsel, if any,

IT IS ORDERED that the motion is denied without prejudice.

Dated: July 18, 2022

Fredrick E. Clement
United States Bankruptcy Judge

[91] - Motion for Relief from Automatic Stay [CAG-1] Filed by Interested Party California Department of Housing and Community Development (Fee Paid $188) (eFilingID: 7109503) (ltrf) [91] - Motion/Application to Dismiss Case [CAG-1] Filed by Interested Party California Department of Housing and Community Development (ltrf) [91] - Notice of Hearing Re: [91] Motion/Application to Dismiss Case [CAG-1], [91] Motion for Relief from Automatic Stay [CAG-1] to be held on 7/18/2022 at 01:30 PM at Sacramento Courtroom 28, Department A. (ltrf)