**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Southgate Town and Terrace Homes, Inc.

**Case No.:** 22-20632 - A - 11

**Docket Control No.** CAG-3

**Date:** 09/12/2022
**Time:** 1:30 PM

**Matter:** [142] - Motion/Application to Dismiss Case [CAG-3] Filed by Interested Party California Department of Housing and Community Development (pdes) [142] - Notice of Hearing Re: [142] Motion/Application to Dismiss Case [CAG-3] to be held on 9/12/2022 at 01:30 PM at Sacramento Courtroom 28, Department A. (pdes)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Creditor's Attorney - Elise Stokes
**Respondent(s):**
Debtor's Attorney - Stephen M. Reynolds

---

**CIVIL MINUTES**

As more fully set forth on the record,

The motion to dismiss will be denied.

The court will issue an order.